

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-10-00117-CV
_____

GEORGE WESLEY FISHER, INDEPENDENT EXECUTOR OF THE ESTATE
OF WILMER GIDDENS, DECEASED AND INDIVIDUALLY, Appellant

V.

ESTATE OF JOHNNIE HUE GIDDENS, BENNIE J. NELSON, AS
ADMINISTRATOR AND INDIVIDUALLY, Appellee

On Appeal from the 102nd Judicial District Court
Bowie County, Texas
Trial Court No. 10C0638-102

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

George Wesley Fisher, independent executor of the estate of Wilmer Giddens, deceased, and individually, filed his notice of appeal from the trial court's judgment quieting title on November 1, 2010.

Fisher has not paid a filing fee and is not indigent. *See* TEX. R. APP. P. app. C(B)(1).

Further, the clerk's record was filed January 4, 2011, and the reporter's record was due to be filed on or before February 22, 2011. Appellant is not indigent, and is thus responsible for paying or making adequate arrangements to pay the reporter's fees for preparing the record. *See* TEX. R. APP. P. 37.3. On March 30, 2011, we contacted appellant by letter, reminding him that the record was over thirty days past due, and warning that if a reporter's record was desired, appellant must make a substantial and tangible effort to obtain such a record within ten days of the date of our letter.

We also informed appellant that if he did not desire to file a reporter's record, the appellant's brief was due based solely on the clerk's record, and his brief was due within thirty days of our letter. We further warned appellant that if no response was received, the appeal would be subject to dismissal for want of prosecution. TEX. R. APP. P. 42.3(b), (c).

We have received no communication from appellant. Pursuant to TEX. R. APP. P. 42.3(b), we dismiss this appeal for want of prosecution.

Jack Carter
Justice

Date Submitted:     May 18, 2011
Date Decided:       May 19, 2011

3